RECEIVED
SDNY PRO SE OFFICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

2016 OCT 28 PM 2: 04

S.D. OF N.Y.

Rev. Crystal L. Hawkins
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

Time Warner Cable, City of New York, Public Service Comm.

(full name(s) of the defendant(s)/respondent(s))

CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

# 16 CV 8441

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1.  *Are you incarcerated?*     ☐ Yes     ☑ No     (If "No," go to Question 2.)

    I am being held at: _____

    Do you receive any payment from this institution? ☒ Yes     ☑ No

    Monthly amount: _____

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed?     ☐ Yes     ☑ No

    If "yes," my employer's name and address are: _____

    Gross monthly pay or wages: _____

    If "no," what was your last date of employment? _____

    Gross monthly wages at the time: _____

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment     ☐ Yes     ☑ No
    (b) Rent payments, interest, or dividends     ☐ Yes     ☑ No

(c) Pension, annuity, or life insurance payments ☐ Yes ☑ No

(d) Disability or worker's compensation payments ☐ Yes ☑ No

(e) Gifts or inheritances ☐ Yes ☑ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☑ Yes ☐ No

(g) Any other sources ☐ Yes ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

S.S.I 756.00 Month
Chrd-Spp 656.00 Month

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

None

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value: NO

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18): Son Keyon Child Support

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable: College Debt

Declaration: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Oct 28, 2016
**Dated**

Rev. Crystal Hawkins
**Signature**

Hawkins Crystal L.
**Name (Last, First, MI)**

**Prison Identification # (if incarcerated)**

1-11 Marble Hill Ave    NyC    10463
**Address**    **City**    **State**    **Zip Code**

347-664-5825
**Telephone Number**

**E-mail Address (if available)**

IFP Application, page 2

# Social Security Administration

Date:  March 24, 2016
Claim Number:  XXX-XX-7210A
XXX-XX-7210DI

ր|| ||լս||ս լ||ՄՈ|||||ս| ||ս |||||ս| ||ս| ||ս ||||||||||

010028  1 AB 0.416 P004 T0020 LTR BEV 0324

CRYSTAL LYNNE HAWKINS
1-11 MARBLE HILL AVE
APT 5M
BRONX NY 10463-6907

You asked us for information from your record.  The information that you requested is shown below.  If you want anyone else to have this information, you may send them this letter.

## Information About Supplemental Security Income Payments

Beginning January 2015, the current Supplemental Security Income payment is $ 733.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

There was no cost of living adjustment in Social Security benefits in December 2015.  The benefit amount shown is current as of the date on this letter.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page